UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| CASEY A. SIPKO,<br><br>                Plaintiff,<br><br>vs.<br><br>KYLE M. HARDIN, TRANSAM TRUCKING INC. and JOHN DOE 1-5 and ABC CORP. 1-5,<br><br>                Defendants. | Civil Action No.: 3:22-cv-06223-ZNQ-LHG<br><br>Civil Action<br><br>CONSENT ORDER REMANDING CASE FROM FEDERAL TO STATE COURT AND ORDER OF DISMISSAL WITHOUT PREJUDICE |

**IT IS HEREBY STIPULATED AND AGREED** by the parties that this matter is hereby dismissed without prejudice and shall be remanded with all copies of pleadings (attached hereto as Exhibit A) to the Superior Court of the State of New Jersey, Law Division, Warren County, Docket No. WRN-L-000195-22 to be reopened for further prosecution in that Court.

                            TANENBAUM LAW, LLC
                            *Attorneys for Plaintiff,*
                            *Casey A. Sipko*

            By: _____
                      Harley J. Koblentz, Esq.

```
                                        RAWLE & HENDERSON LLP
                                        Attorneys for Defendants,
                                        TransAm Trucking Inc. and Kyle M.
                                        Hardin

                            By:         _____
                                        Ronald James R. De La Fuente, Esq.

Dated:  November 17, 2022
```

SO ORDERED

_____  **Date:** November 18, 2022
**ZAHID N. QURAISHI**
**UNITED STATES DISTRICT JUDGE**